# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** Allan & Wendi Rae Olsen
**Case Number:** 2:09-bk-16352-GBN  **Chapter:** 11
**Date / Time / Room:** FRIDAY, SEPTEMBER 18, 2009 01:30 PM  7TH FLOOR #702
**Bankruptcy Judge:** GEORGE B. NIELSEN
**Courtroom Clerk:** LORRAINE DAVIS
**Reporter / ECR:** JO-ANN STAWARSKI

## Matters:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BARCLAYS CAPITAL REAL ESTATE, INC./HOMEQ SERVICING. (601 California St. Chandler, AZ 85225 )
   **R / M #:** 14 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BARCLAYS CAPITAL REAL ESTATE, INC./HOMEQ SERVICING. (551 California St. Chandler, AZ 85225)
   **R / M #:** 11 / 0

## Appearances:

JAY MACKINLAY, ATTORNEY FOR ALLAN OLSEN, WENDI RAE OLSEN
LEONARD J. MCDONALD, ATTORNEY FOR BARCLAYS CAPITAL REAL ESTATE

## Proceedings:

Mr. MacKinlay seeks a 60 day continuance.

COURT: IT IS ORDERED continuing both matters to 11/17/09 @ 1:30 p.m. The stay will remain in affect pending

further order. IT IS FURTHER ORDERED setting a chapter 11 status hearing for 12/17/09 @ 9:45 a.m.