# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Allan & Wendi Rae Olsen |
| **Case Number:** | 2:09-bk-16352-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 17, 2009 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BARCLAYS CAPITAL REAL ESTATE, INC./HOMEQ SERVICING. (601 California St. Chandler, AZ 85225 ) (9/18)
   **R / M #:**   14 / 0

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BARCLAYS CAPITAL REAL ESTATE, INC./HOMEQ SERVICING. (551 California St. Chandler, AZ 85225) (9/18)
   **R / M #:**   11 / 0

## Appearances:

J. KENT MACKINLAY, ATTORNEY FOR ALLAN OLSEN, WENDI RAE OLSEN
LEONARD J. MCDONALD, ATTORNEY FOR BARCLAYS CAPITAL REAL ESTATE

## Proceedings:

ITEM #1 AND #2
MR. MCDONALD REPORTS THAT THE DEBTORS PROVIDED $700.00 IN ADEQUATE PROTECTION PAYMENTS ON ONE PROPERTY AND WILL BE PROVIDING $800.00 ON THE OTHER PROPERTY.  A PLAN AND DISCLOSURE STATEMENT ARE GOING TO BE FILED WITHIN A COUPLE WEEKS.  IT IS SUGGESTED THAT THIS BE CONTINUED TO WHEN THE HEARING WILL BE HELD ON THE DISCLOSURE STATEMENT.

MR. MACKINLAY IS IN AGREEMENT.

THE COURT:  A HEARING ON THE ADEQUACY OF THE DISCLOSURE STATEMENT WILL BE HEARD ON JANUARY 7, 2010 AT 10:15 A.M.  THE TWO MATTERS ON CALENDAR TODAY WILL BE CONTINUED TO THAT SAME DATE AND TIME.  PENDING FURTHER ORDER, THE AUTOMATIC STAY REMAINS IN EFFECT.