# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor
09-18884/0320394224

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Allan Olsen and Wendi Rae Olsen<br><br>Debtors.<br>_____<br>Barclays Capital Real Estate Inc. dba HomEq Servicing<br><br>Secured Creditor,<br>vs.<br><br>Allan Olsen and Wendi Rae Olsen, Debtors; Office of the US Trustee, Trustee.<br><br>Respondents. | No. 2:09-bk-16352-GBN<br><br>Chapter 11<br><br>OBJECTION TO 11 PLAN |

Barclays Capital Real Estate Inc. dba HomEq Servicing, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtors for the following reasons:

1. Barclays Capital Real Estate Inc. dba HomEq Servicing, files this response to the proposed 11 Plan of the Debtors. The Chapter 11 Plan provides for an impermissible cram down of Barclays Capital Real Estate Inc. dba HomEq Servicing's lien interest on the real property commonly known as 551 California St., Chandler AZ 85225.

2. Barclays Capital Real Estate Inc. dba HomEq Servicing, objects to the value of the subject real property as Debtors arbitrarily proposes that the fair market value of Secured Creditor's claim is $59,000.00 without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

    (1) That the 11 Plan be denied.

    (2) For such other relief as this Court deems proper.

DATED this 12th day of January, 2010.

                                              Respectfully submitted,

                                              TIFFANY & BOSCO, P.A.

                                              BY   /s/ MSB # 010167
                                                        Mark S. Bosco
                                                        Leonard J. McDonald
                                                        Attorneys for Secured Creditor

COPY of the foregoing mailed
January 12, 2010 to:

Allan Olsen and Wendi Rae Olsen
872 North Harmony Avenue
Gilbert, AZ  85234
Debtors

J. Kent Mackinlay
1019 South Stapley Drive
Mesa, AZ 85204
Attorney for Debtors

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

By: Wendy VanLuven