# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Allan & Wendi Rae Olsen |
| **Case Number:** | 2:09-bk-16352-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, MARCH 12, 2010 02:15 PM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

### Matters:

1) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BARCLAYS CAPITAL REAL ESTATE, INC./HOMEQ SERVICING. (601 California St. Chandler, AZ 85225 ) (9/18, 11-17, 01-07 & 02-09)
   **R / M #:** 14 / 0

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BARCLAYS CAPITAL REAL ESTATE, INC./HOMEQ SERVICING. (551 California St. Chandler, AZ 85225) (9/18, 11-17, 01-07 & 02-09)
   **R / M #:** 11 / 0

3) INITIAL CONFIRMATION HEARING.
   **R / M #:** 1 / 0

### Appearances:

PATTY CHAN, US TRUSTEE
J. KENT MACKINLAY, ATTORNEY FOR ALLAN OLSEN, WENDI RAE OLSEN

### Proceedings:

MR. MACKINLAY REVIEWS THE MATTERS, INCLUDING ASSIGNMENTS AND TRANSFERS.

MS. CHAN STATES THAT SHE WILL WORK WITH MR. MACKINLAY. REPORTS AND UNSPECIFIED FUNDS ARE DISCUSSED.

ITEM #1 AND #2
MR. MACKINLAY CONFIRMS A RESOLUTION.

MR. COURT: IT IS NOTED THAT #1 AND #2 HAVE BEEN WORKED OUT.. PARTIES CAN PREPARE A STIPULATED ORDER.

ITEM #3
THE COURT: A CONTINUED HEARING IS SET FOR APRIL 13, 2010 AT 10:45 A.M.