# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Allan & Wendi Rae Olsen |
| **Case Number:** | 2:09-bk-16352-GBN   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JULY 16, 2010 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

CONTINUED HEARING RE: PLAN CONFIRMATION. (FR. 03-12, 04-13, 05-13 & 06-18)

**R / M #:**   1 / 0

## Appearances:

J. KENT MACKINLAY, ATTORNEY FOR ALLAN OLSEN, WENDI RAE OLSEN
LEONARD J. MCDONALD, ATTORNEY FOR BARCLAYS
BRIAN A PAINO, ATTORNEY FOR CITIMORTGAGE, INC (T)

## Proceedings:

MR. MACKINLAY DISCUSSES THE OBJECTIONS, INCLUDING THOSE BELIEVED TO BE LATE. IT IS ADDED THAT HE IS ATTEMPTING TO COMPLETE A WORK OUT.

THERE IS NO OBJECTION TO A CONTINUANCE.

THE COURT: THIS MATTER IS CONTINUED TO JULY 16, 2010 AT 9:30 A.M.